UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. No. 05-20185-M1 |
| CASEY SUTTON | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have <u>CASEY SUTTON, DOB: 11/01/79, SSN: 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, RNI: 261004</u>, now being detained in the Shelby County Jail, appear before the Honorable S. Thomas Anderson on May 25, 2005 @ 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 19th day of May, 2005.

E. Greg Gilluly, Jr.
Special Assistant U. S. Attorney

Upon consideration of the foregoing Application, DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN., SHERIFF/WARREN, SHELBY COUNTY JAIL, MEMPHIS, TN.

YOUR ARE HEREBY COMMANDED to have <u>CASEY SUTTON, DOB: 11/01/79, SSN: 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, RNI: 261004</u>, appear before the Honorable S. Thomas Anderson on the date and time aforementioned.

ENTERED this 19th day of May, 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20185 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT