IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 2: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

CASEY SUTTON

05-20185-Ml

## ORDER ON ARRAIGNMENT

This cause came to be heard on ___JUNE 1, 2005___, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME ___DAN JOHNSON___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g); 21:841;

U. S. Attorney assigned to Case: E. Gilluly

Age: 25

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20185 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Daniel L Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT