FILED BY _____ D.C.

05 NOV 23 PM 5: 01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED _____

05 NOV 23 AM 10: 32

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

Plaintiff,

v.

CASEY SUTTON
Defendant.

MOTION GRANTED

CR. No. 05-20185M

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

NOV. 23, 2005
DATE

## MOTION FOR A CONTINUNCE OF THE SENTENCING HEARING AND MEMORANDUM IN SUPPORT THEREOF

COMES NOW Defendant, Casey Sutton, by and through his attorney of record, L. Daniel Johnson, and moves the court for an order continuing his sentencing hearing for approximately two weeks.

In support of his motion Defendant would show that are issues regarding his guideline calculations that are not routine, and will probably require proof both by the Defendant, and by the Government, and the Defendant needs additional time to prepare.

Attorney for the Defendant would show that he has consulted with Special Assistant United States Attorney Greg Gilluly, Jr., and Mr. Gilluly has no objection to a brief continuance.

Wherefore Defendant moves the Court for an order continuing his sentencing for at least two weeks.

Respectfully submitted,

_____
L. Daniel Johnson #10006
Attorney for Defendant
2552 Poplar Avenue, Suite 213
Memphis, TN 38112
901.324-9355

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Position of Defendant with Respect to Sentencing Factors has been delivered via hand delivery, to Greg Gilluy, Jr. Assistant U.S. Attorney, 800 Federal Bldg., 167 N. Main, Memphis, TN 38103; and Wright White, U.S. Probation Officer, 167 N. Main, Room 234, Memphis, Tennessee, 38103.

This 23rd day of November, 2005.

_____
L. Daniel Johnson

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20185 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT